# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RBC BANK (USA), a North Carolina banking corporation,**

      **Plaintiff,**

v.                               **CASE NO. 5:11-cv-199-RS-EMT**

**TERRY D. DUBOSE,**

      **Defendant.**

_____/

## ORDER

The relief requested in Plaintiff's Motion for Final Summary Judgment (Doc. 23) is **GRANTED**. Pursuant to N.D. Fla. Loc. R. 7(C)(1), "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion." No response was filed in this case.

**ORDERED** on December 28, 2011.

                                            <u>/S/ Richard Smoak</u>
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**